UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GAGE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-CV-01583-JPG |
| ) | |
| ADVANCED TECHNOLOGY ) | Honorable J. Phil Gilbert |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S PARTIAL MOTION TO DISMISS

Defendant Advanced Technology Services, Inc., by and through its attorneys, Davis & Campbell L.L.C., respectfully moves to dismiss Counts I, II, III, VIII, IX, XI, and XII of Plaintiff's Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant contemporaneously files and incorporates herein its Memorandum in Support of this Motion.

February 4, 2022                                   **ADVANCED TECHNOLOGY SERVICES, INC.**


                                                   By:    *s/Julie A. Noel*
                                                           One of Its Attorneys

David G. Lubben, ARDC No. 6207729
Julie A. Noel, ARDC No. 6333090
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602
(309) 673-1681
(309) 673-1690 fax
dglubben@dcamplaw.com
janoel@dcamplaw.com

1

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GAGE MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-CV-01583-JPG |
| | ) | |
| ADVANCED TECHNOLOGY | ) | |
| SERVICES, INC., | ) | Honorable J. Phil Gilbert |
| | ) | |
| Defendant. | ) | |

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of February 2022, I electronically filed the foregoing Defendant's Partial Motion to Dismiss with the Clerk of Court using the CM/EFS system, which will send notification of such filing to the following:

>Ryan M. Furniss
>*Attorney for Plaintiff*
>7750 Clayton Road, Suite 102
>Saint Louis, MO 63117
>rfurniss@furnisslaw.com

*s/Julie A. Noel*