UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GAGE MOORE, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   Case No. 3:21-cv-1583-JPG |
| ADVANCED TECHNOLOGY SERVICES, INC., | ) ) ) ) |
|     Defendant. | ) |

## CONSENT MOTION TO SET BRIEFING SCHEDULE

COMES NOW Plaintiff, Gage Moore, and without opposition from the Defendant Advanced Technology Services, Inc. (ATS), hereby requests the following briefing schedule for pending motions before the Court:

1. Plaintiff filed this matter on December 06, 2021. (Dkt. 1).

2. A waiver of service was offered and accepted. (Dkt. 3, 7).

3. On February 1, 2022, Defendant ATS filed a Motion to Transfer Venue to the Central District of Illinois. (Dkt. 8).

4. ATS' Motion to Transfer Venue requires not only an evaluation of the relevant § 1404 factors but also an evaluation of contract law including the validity of the forum selection clause.

5. Plaintiff desires additional time to respond to this motion.

6. ATS later filed a Partial Motion to Dismiss certain Counts in the Complaint on February 4, 2022. (Dkt. 16-17).

7. Pursuant to L.R. 7.1, Plaintiff's response to Defendant's Partial Motion to Dismiss is due on March 7, 2022.

8. Plaintiff believes that he can timely respond to this motion and requests that both the Motion to Transfer Venue and the Partial Motion to Dismiss be due on the same day.

1

9. Defendant has likewise requested that the same briefing schedule apply to any reply briefs with respect to both motions.

10. Plaintiff respectfully requests the following briefing schedule:

   a. Plaintiff's Responses to Defendant's Motion to Transfer Venue (Dkt. 8) and Defendant's Partial Motion to Dismiss (Dkt. 16) due by March 7, 2022.

   b. Defendant's Reply Briefs with respect to both Motions, if any, due by March 21, 2022.

11. This motion is not meant for the purposes of delay.

12. Instead, Plaintiff requests that all the motions be briefed simultaneously.

13. Additionally, there is no delay in the case as Plaintiff's Response to the Partial Motion to Dismiss is already due March 7, 2022.

14. There is no prejudice to either party as Defendant does not object to this Motion.

15. For the aforementioned reasons, Plaintiff respectfully requests that the Court enter an order amending the briefing schedule as outlined above.

Respectfully submitted,

THE FURNISS LAW FIRM, LLC

*/s/ Ryan M. Furniss*
Ryan M. Furniss (IL #06282915)
7750 Clayton Rd., Suite 102
Saint Louis, MO 63117
(314) 899-9101
(314) 627-5891 (fax)
rfurniss@furnisslaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was served on opposing counsel of record this the 11th day of February 2022, via the Court's CM/EFS system.

*/s/ Ryan M. Furniss*

Ryan M. Furniss