CLOSED,DEC

# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:21−cv−01583−JPG

| | |
|---|---|
| Moore v. Advanced Technology Services, Inc. | Date Filed: 12/06/2021 |
| Assigned to: Judge J. Phil Gilbert | Date Terminated: 03/09/2022 |
| Cause: 28:1331 Fed. Question: Employment Discrimination | Jury Demand: Plaintiff |
| | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Gage Moore**      represented by      **Ryan M. Furniss**
Furniss Law Firm, LLC
7750 Clayton Road
Suite 102
St. Louis, MO 63117
314−899−9101
Fax: 314−627−5891
Email: rfurniss@furnisslaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Advanced Technology Services, Inc.**      represented by      **David G. Lubben**
Davis & Campbell
401 Main Street
Suite 1600
Peoria, IL 61602
309−673−1681
Email: dglubben@dcamplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie A. Noel**
Davis & Campbell
401 Main Street
Suite 1600
Peoria, IL 61602
309−673−1681
Email: janoel@dcamplaw.com
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2021 | Ï 1 | COMPLAINT against Advanced Technology Services, Inc. ( Filing fee $ 402 receipt number AILSDC−4648832.), filed by Gage Moore. (Attachments: # 1 Exhibit 1 – EEOC Notice of Right to Sue, # 2 Exhibit 2 – IDHR Notice of Right to Sue, # 3 Civil Cover Sheet)(Furniss, Ryan) (Entered: |

| | | |
|---|---|---|
| | | 12/06/2021) |
| 12/06/2021 | Ï 2 | NOTICE of Appearance by Ryan M. Furniss on behalf of Gage Moore (Furniss, Ryan) (Entered: 12/06/2021) |
| 12/06/2021 | Ï 3 | REQUEST FOR WAIVER of Service sent to Advanced Technology Services, Inc. on 12/6/2021 by Gage Moore. Waiver of Service due by 1/5/2022. (Attachments: # 1 Waiver of Service Form)(Furniss, Ryan) (Entered: 12/06/2021) |
| 12/06/2021 | Ï 4 | NOTICE OF INITIAL ASSIGNMENT TO A U.S. MAGISTRATE JUDGE: This case has been randomly assigned to United States Magistrate Judge Gilbert C. Sison pursuant to Administrative Order No. 257. The parties are advised that their consent is required if the assigned Magistrate Judge is to conduct all further proceedings in the case, including trial and final entry of judgment pursuant to 28 U.S.C. 636(c) and Federal Rule of Civil Procedure 73. As set forth in Administrative Order No. 257, each party will be required to file a Notice and Consent to Proceed Before a Magistrate Judge Jurisdiction form indicating consent or nonconsent to the jurisdiction of the assigned Magistrate Judge. If all parties do not consent to the Magistrate Judge's jurisdiction, the case will be randomly assigned to a district judge for all further proceedings and the parties cannot later consent to reassignment of the case to a magistrate judge. The parties are further advised that they are free to withhold consent without adverse substantive consequences. Within 21 days of this Notice, the following party or parties must file the attached form indicating consent to proceed before the assigned Magistrate Judge or an affirmative declination to consent: Gage Moore. A link regarding the magistrate judges in this district is attached for your convenience: http://www.ilsd.uscourts.gov/documents/BenefitsofConsent.pdf. All future documents must bear case number 3:21−cv−1583−GCS. Refer to Civil/Removal Case Processing Requirements, found on the ILSD website, for further service information. Consent due by 12/27/2021. (kls3) (Entered: 12/06/2021) |
| 12/06/2021 | Ï 5 | NOTICE REGARDING FILING: The Civil Cover Sheet and submitted Request for Waiver of Service are fillable documents. Fillable documents should be converted to non−fillable PDF documents before filing on CM/ECF. This Notice is sent for informational purposes only. (kls3)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 12/06/2021) |
| 12/08/2021 | Ï 6 | CONSENT/NON−CONSENT TO U.S. MAGISTRATE JUDGE − sealed pending receipt from all parties. (Furniss, Ryan) (Entered: 12/08/2021) |
| 01/06/2022 | Ï 7 | WAIVER OF SERVICE Returned Executed by Gage Moore. Advanced Technology Services, Inc. waiver sent on 12/6/2021, answer due 2/4/2022. (Furniss, Ryan) (Entered: 01/06/2022) |
| 02/01/2022 | Ï 8 | MOTION to Transfer Case *to the Central District of Illinois* by Advanced Technology Services, Inc.. (Attachments: # 1 Exhibit Declaration of Tyler Manning with NDA, # 2 Exhibit Federal court statistics tables)(Lubben, David) (Entered: 02/01/2022) |
| 02/01/2022 | Ï 9 | Corporate Disclosure Statement by Advanced Technology Services, Inc.. (Lubben, David) (Entered: 02/01/2022) |
| 02/01/2022 | Ï 10 | NOTICE OF ACTION re 8 Motion to Transfer Case filed by Advanced Technology Services, Inc. See Local Rule 83.1(f). In all cases filed in, removed to, or transferred to this Court, all attorneys, including government attorneys, shall file a written entry of appearance before addressing the court. Attorney Lubben does not have a Notice of Appearance on file in this case. (kls3)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 02/01/2022) |
| 02/01/2022 | Ï 11 | NOTICE of Appearance by David G. Lubben on behalf of Advanced Technology Services, Inc. (Lubben, David) (Entered: 02/01/2022) |

| | | |
|---|---|---|
| 02/02/2022 | 12 | NOTICE FROM CLERK Instructing Advanced Technology Services, Inc. to file Notice and Consent to Proceed Before A Magistrate Judge Jurisdiction Form: Pursuant to Administrative Order No. 257, within 21 days of this Notice, you must file the attached form indicating your consent to proceed before a Magistrate Judge or an affirmative declination to consent. A link regarding the magistrate judges in this district is attached for your convenience: http://www.ilsd.uscourts.gov/documents/BenefitsofConsent.pdf. Consent/Non–Consent to U.S. Magistrate Judge Jurisdiction form sent to Advanced Technology Services, Inc. on 2/2/2022. Consent due by 2/23/2022.(kls3) (Entered: 02/02/2022) |
| 02/02/2022 | 13 | NOTICE of Appearance by Julie A. Noel on behalf of Advanced Technology Services, Inc. (Noel, Julie) (Entered: 02/02/2022) |
| 02/03/2022 | 14 | CONSENT/NON–CONSENT TO U.S. MAGISTRATE JUDGE – sealed pending receipt from all parties. (Lubben, David) (Entered: 02/03/2022) |
| 02/03/2022 | 15 | NOTICE TERMINATING JUDGE ASSIGNMENT: Pursuant to Administrative Order No. 257, and a request for reassignment having been received, this case, in its entirety, is hereby reassigned to Judge J. Phil Gilbert for further proceedings. Magistrate Judge Gilbert C. Sison no longer assigned to the case. All future documents must bear case number 3:21–cv–1583–JPG. (kls3)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 02/03/2022) |
| 02/04/2022 | 16 | MOTION to Dismiss for Failure to State a Claim by Advanced Technology Services, Inc.. (Noel, Julie) (Entered: 02/04/2022) |
| 02/04/2022 | 17 | MEMORANDUM in Support re 16 MOTION to Dismiss for Failure to State a Claim filed by Advanced Technology Services, Inc.. (Noel, Julie) (Entered: 02/04/2022) |
| 02/11/2022 | 18 | Consent MOTION for Extension of Time to File Response/Reply as to 16 MOTION to Dismiss for Failure to State a Claim , 8 MOTION to Transfer Case *to the Central District of Illinois* by Gage Moore. (Furniss, Ryan) (Entered: 02/11/2022) |
| 02/14/2022 | 19 | ORDER granting 18 Plaintiff's Motion for Extension of Time to File Response to 8 Motion to Transfer Venue. Plaintiff's response to 8 Motion to Transfer Venue and 16 Defendant's Partial Partial Motion to Dismiss is due 3/7/2022. Signed by Judge J. Phil Gilbert on 2/14/2022. (jsh)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 02/14/2022) |
| 02/14/2022 |  | Set/Reset Deadlines as to 16 MOTION to Dismiss for Failure to State a Claim , 8 MOTION to Transfer Case *to the Central District of Illinois*. Responses due by 3/7/2022, per Order at Doc. 19. (kls3) (Entered: 02/14/2022) |
| 03/09/2022 | 20 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Central District of Illinois. Signed by Judge J. Phil Gilbert on 3/9/2022. (jdh) (Entered: 03/09/2022) |